B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Marshall, Raymond L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA See Attached Ex. A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0139** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2435 Veneto Way**<br>**Colorado Springs, CO**<br>ZIP Code **80921** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                         Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Marshall, Raymond L** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Marshall, Raymond L**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _R. _____
Signature of Debtor **Raymond L Marshall**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 20, 2015**
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Lee M. Kutner 10966**
Printed Name of Attorney for Debtor(s)

**Kutner Brinen Garber, P.C.**
Firm Name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
Address

**303-832-2400  Fax: 303-832-1510**
Telephone Number

**February 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Ex. A to Voluntary Petition**

**"All Other Names"**

Member
LandCo, LLC
LandCo Management, LLC
Kiowa Lofts, LLC
RL Marshall Investments, LLC
Tavernier Investments, LLC
Tri-Land Co., LLC
BCP Management X, LLC
LandCo Equity Partners, LLC
LandCo Equity, LLC
LEP Holdings, LLC
MHC, LLC

Partner
OBAN, LLLP
Marshall Family Enterprises, LLLP
Marshall Family Investments, LLLP
Duke Enterprises, LLLP

Officer/Director/Shareholder
LandCo Services, Inc.
The Marshall Foundation (501(c)(3)
organization)
Block 98 Management, LLC
Colorado Sports Group, LLC
The Fountain Colony Investment Company

Manager
8 South Nevada, LLC
8 South Nevada Office, LLC
8 South Retail Group, LLC
8 South Urban Group, LLC
8th and 24th, LLC
18 S. Nevada, LLC
19 North Tejon Partners, LLC
27 South Tejon Partners, LLC

Manager (con't)
394 Revett, LLC
BCP Management, LLC
Blackrock Capital Partners, LLC
City Properties, LLC
CityWalk Downtown, LLC
DevCo Sorrento, LLC
Front Range Constructors, LLC
GMT 19, LLC
LandCo Block 97, LLC
LandCo Capital Partners, LLC
LandCo Investments, LLC
LandCo Management, LLC
LandCo Services, Inc.
LandCo Spring Creek West, LLC
LandCo 8th Street Notes, LLC
LandCo 19 North Tejon, LLC
LandCo Commercial Development, LLC
LandCo Homes, LLC
LandCo Campus Management, LLC
LandCo Equity, LLC
LandCo Equity Partners, LLC
LandCo GMT 19,
LandCo Milam Center, LLC
LandCo Multi-Family and Urban Group,
LLC
LandCo Office Group, LLC
LandCo Retail and Commercial Group, LLC
LandCo Escrow, LLC
LandCo Investments, LLC
LandCo Spring Creek 16, LLC
LandCo, LLC
LEP Convenience Operations, LLC
LEP Holdings, LLC
Milam Center Investments, LLC
Milam Underground, LLC
Mining Exchange Group, LLC
Mining Exchange Holdings, LLC
Mining Exchange Luxury Residences, LLC
Mount Vernon Estates Land Holdings, LLC

Manager (con't)

Mount Vernon Investments, LLC
North County II, LLC
North County Land, LLC
OBAN, LLLP
Pinnacle Reinvestment Group, LLC
Powers Commercial Group, LLC
Powers Crossing, LLC
Powers Promenade I, LLC
Powers Promenade II, LLC
RL Marshall Investments, LLC
Ray Ray, LLC
Shoppes at Bear Creek Plaza, LLC
Tavernier Investments, LLC
Tri-Land Co., LLC
The Ridge at Broadmoor View, LLC
Venetucci Partners Fund I, LLC

# United States Bankruptcy Court
### District of Colorado

In re   <u>Raymond L Marshall</u>                      Case No. _____

                               Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   <u>February 20, 2015</u>

                             **Raymond L Marshall**
                             Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Colorado

In re  **Raymond L Marshall**
_____  Case No. _____
                              Debtor(s)        Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,800.00 | 2015 YTD: Distribution from Duke Enterprises based on 19% interest |
| $28,500.00 | 2014 (Estimate): Distribution from Duke Enterprises based on 19% interest |
| $22,800.00 | 2013: Distribution from Duke Enterprises based on 19% interest |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

B7 (Official Form 7) (04/13)

---

### 3. Payments to creditors

**None**
☑

*Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☑

    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☑

    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **People v. Marshall, Raymond**<br>**Case No. 2012CA001648** | **Criminal** | **Colorado Supreme Court**<br>**1300 Broadway**<br>**Suite 500**<br>**Denver, CO 80203** | **Pending** |
| **First Citizens Bank & Trust Co. and United Western Bank v. Ridge at Broadmoor View, LLC and Raymond Marshall**<br>**12CV004560**<br>**12CV000400** | **Collection Proceeding** | **Denver District Court**<br>**1437 Bannock Street**<br>**Denver, CO 80202** | **Stipulated Judgment** |
| **American Express FSB v. Raymond Marshall and Landco Investments** | **Collection Proceeding** | **El Paso County Court**<br>**270 S. Tejon**<br>**Colorado Springs, CO 80901** | |
| **Ben Browne, Raymond F. O'Sullivan, Raymond L. Marshall and Robert M. Roth v. Gary Findlay** | **Collection Proceeding** | **El Paso County**<br>**270 S. Tejon**<br>**Colorado Springs, CO 80901** | **Settled in 2013** |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kamerneron Family Partnership No. 3 LLp v. Blackrock Capital Fund X LLC, Landco Spring Creek West, LLC, and Raymond L. Marshall 12CV001597** | Collection Proceeding | El Paso County 270 S. Tejon Colorado Springs, CO 80901 | Settled in 2013 |
| **Ronald J. Covington and Ron Covington Homes, LLC v. Raymond Marshall, Landco, LLC, and First-Citizens Banks & Trust Co 12CV001510** | Collection Proceeding | El Paso County 270 S. Tejon Colorado Springs, CO 80901 | Settled in 2013 |
| **Gary E. Walters, et al. v. Raymond Marshall, et al. Case No. 2009-CV-5551** | Collection Proceeding | El Paso County Court 270 South Tejon Colorado Springs, CO 80901 | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **United States Bankruptcy Court for the District of Nebraska 460 Robert V. Denney Federal Building 100 Centennial Mall North Lincoln, NE 68508** | | | **$250,000** |

B7 (Official Form 7) (04/13)

---

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kutner Brinen Garber, P.C.**<br>**1660 Lincoln Street, Suite 1850**<br>**Denver, CO 80264** | **February 2015**<br>**Robin Marshall** | **$7,335** |

---

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

B7 (Official Form 7) (04/13)

---

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☐
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **High Street** **Breckenridge, Colorado** | **Raymond L. Marshall** | **2009-2012** |

---

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **No assets remain in any of the following entities with the exception of Landco Investments, LLC and Duke Enterprises, LLLP.** | | | | |
| **8 South Retail Group, LLC** | 26-1088976 | **6385 Corporate Drive #200 Colorado Springs, CO 80919** | **Manager Property Sold** | **09/18/2007- current** |
| **8 South Nevada Office, LLC** | 26-1109978 | **6385 Corporate Drive #200 Colorado Springs, CO 80919** | **Manager Property Sold** | **09/13/2007- current** |
| **8 South Urban Group, LLC** | 26-1089384 | **6385 Corporate Drive #200 Colorado Springs, CO 80919** | **Manager Property Sold** | **09/18/2007- current** |
| **8th and 24th, LLC** | 20-8481848 | | **Sold 8th Street property to Shoppes at Bear Creek Manager** | **02/21/07 - current** |
| **18 S. Nevada, LLC** | 20-4432278 | **475 West 12th St. 3A Denver, CO 80204** | **Ownership of 18 S. Nevada Manager Property Sold** | **02/23/06 - current** |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 19 North Tejon Partners, LLC | 26-0851392 | 18401 East Highway 24, Suite 202 Woodland Park, CO 80863 | Ownership of Building at 19 N. Tejon Street Manager Member interest transferred | 09/06/2007 - current |
| 8 South Nevada, LLC | 26-1110363 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Rental and sale of office space in Mining Exchange Building Manager Property Sold | 09/13/2007-current |
| 27 South Tejon Partners LLC | 20-2499324 | 1465 Kelly Johnson Blvd #200 Colorado Springs, CO 80920 | Hold 27 South Tejon Building and Debt Manager Foreclosed | 03/15/05 - 05/14/13 |
| 394 Revett, LLC | 04-3769347 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Manage Breckenridge Property - sold 2009 Manager | 07/11/03 - current |
| BCP Management X, LLC | 26-2547109 | 121 E. Vermijo Avenue, Suite 200 Colorado Springs, CO 80903 | 100% Member, Manager Property Sold 2008 | 05/01/2008 - current |
| Blackrock Capital Partners, LLC | 20-8763139 | 19 North Tejon Street Suite 105 Colorado Springs, CO 80903 | Manager Company liquidated 2009 | 02/22/07 - current |
| Block 98 Management LLC | 20-2984002 | | Manage Block 98 Chairman Property sold 2008 | 06/13/05 - current |
| City Properties, LLC | 20-5088786 | 126 Old Broadmoor Road Colorado Springs, CO 80906 | Collect real estate commissions - Property sold 2010 Manager | 06/22/06 - current |
| CityWalk Downtown LLC | | 102 E. Pikes Peak Ave. Suite 201 Colorado Springs, CO 80903 | Ownership in Citywalk Property - Sold 2006 Manager | 08/07/02 - current |
| DevCo Sorrento, LLC | 20-8802536 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Ownership in RLB Manager Property transferred to Bank | 04/09/07 - current |
| Kiowa Lofts, LLC | 68-0573396 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Ownership in 1800 Travis (801 St. Joseph) Manager Property Sold 2006 | 01/29/02 - current |
| Front Range Constructors, LLC | 26-2232393 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Construction of buildings and construction management Manager 2009 last work | 03/21/2008 - current |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| GMT 19, LLC | 45-0517196 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Former owner of 19 N. Tejon Street Manager | 09/06/07 - current |
| LandCo Block 98, LLC | 20-3149801 | | Ownership in Block 98 Partners Manager Property sold 2009 | 07/14/05 - current |
| LandCo Capital Partners, LLC | 20-3065852 | | Ownership in Block 98 Management Manager Property sold 2007 | 06/28/05 - current |
| LandCo Investments, LLC | 84-1504725 | 19 N. Tejon Steet, Suite 300 Colorado Springs, CO 80903 | Primary Operating Entity; Ownership of Spring Creek Land Manager | 05/05/99 - current |
| LandCo Management, LLC | 20-3064913 | 19 N. Tejon Street, Suite 300 Colorado Springs, CO 80903 | Management Company - collects closing fees and funds operating expenses - last work 2010 Manager | 06/27/05 - current |
| LandCo Services, Inc. | 20-0516211 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Employee Management, Payroll - out of business Manager | 12/26/03 - current |
| LandCo Spring Creek West, LLC | | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Purchase North and South Parcels of Spring Creek West; sold Manager | 10/18/05 - current |
| LandCo 8th Street Notes, LLC | 26-065002 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Manager Held Note; now paid off | 08/03/07 - current |
| LandCo 19 North Tejon, LLC | 26-0850552 | 19 North Tejon Street, Suite 300 Colorado Springs, CO 80903 | Manager Interest in property transfer to lender | 09/06/07 - current |
| LandCo Commercial Development, LLC | 20-586325 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Manager Last work 2008 | 11/10/06 - current |
| LandCo Homes, LLC | | | Manager Last work 2009 | 06/01/07 - current |
| LandCo Campus Management, LLC | 26-362482 | 6385 Corporate Drive #200 Colorado Springs, CO 80919 | Manager Last work 2008 | 07/12/08 - current |
| LandCo Equity, LLC | 26-1245860 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | 80% Membership Interest, Manager | 09/25/07 - current |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| LandCo Equity Partners, LLC | 26-1255073 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | 80% Membership Interest, Manager | 09/25/07 - current |
| LandCo GMT 19, LLC | 26-1109774 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Manager Property transferred to lender | 09/21/07 - current |
| LandCo Milam Center, LLC | 20-8083453 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Manager Property sold | 12/21/06 - current |
| LandCo Multi-Family and Urban Group, LLC | 26-1089309 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Manager No business since 2009 | 09/13/07 - current |
| LandCo Office Group, LLC | 26-1108625 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Manager No business since 2009 | 09/13/07 - current |
| LandCo Retail and Commercial Group, LLC | 26-1088796 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Manager No business since 2009 | 09/13/07 - current |
| LandCo Escrow, LLC | 26-21-06016 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Manager No business since 2009 | 03/05/08 - current |
| LandCo Investments, LLC | 84-1504725 | 19 North Tejon Street, Suite 300 Colorado Springs, CO 80903 | Primary Operating Entity; Ownership in Spring Creek Land Manager | 05/05/99 - current |
| LandCo Spring Creek 16, LLC | 20-3973186 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Holds Notes from Spring Creek Land Investment Manager Notes never paid | 12/21/05 - current |
| LandCo, LLC | 20-1853925 | 19 North Tejon Street, Suite 300 Colorado Springs, CO 80903 | 100% Membership Interest, Manager | 10/27/04 - current |
| LEP Convenience Operations, LLC | 26-2796520 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Manager Property Transferred | 03/07/08 - current |
| LEP Holdings, LLC | | 19 N. Tejon Street, Suite 300 Colorado Springs, CO 80903 | 100% Member, Manager No business since 2009 | 10/31/08 - current |
| Marshall Family Enterprises, LLLP | 0139 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | General Partner No business since 2009 | 08/30/02 - current |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Marshall Family Investments, LLLP** | 0139 | **6385 Corporate Drive Suite 200 Colorado Springs, CO 80919** | **General Partner** | **08/30/02 - current** |
| **Milam Center Investments, LLC** | 20-8047496 | **6385 Corporate Drive Suite 200 Colorado Springs, CO 80919** | **Manager Property Transferred** | **12/15/06 - current** |
| **Milam Underground, LLC** | 20-8058217 | **6385 Corporate Drive Suite 200 Colorado Springs, CO 80919** | **Manager Property Sold** | **12/18/06 - current** |
| **MHC, LLC** | 20-0418308 | **6385 Corporate Drive Suite 200 Colorado Springs, CO 80919** | **100% Member No business since 2009** | **11/27/03-1/13/09** |
| **Mining Exchange Group, LLC** | 20-36961886 | **4015 South Club Drive Colorado Springs, CO 80906** | **Manager Property transferred** | **10/27/05 - current** |
| **Mining Exchange Holdings, LLC** | 26-0650125 | **6385 Corporate Drive Suite 200 Colorado Springs, CO 80919** | **Manager Property transferred** | **07/09/07 - current** |
| **Mining Exchange Luxury Residences, LLC** | 26-0481072 | **4015 South Club Drive Colorado Springs, CO 80906** | **Manager Property transferred** | **04/23/07 - 02/28/14** |
| **Mount Vernon Estates Land Holdings, LLC** | 20-275633 | **19 North Tejon Street, Suite 300 Colorado Springs, CO 80903** | **Hold Promontory Pointe Property Manager Sold** | **04/18/05 - current** |
| **Mount Vernon Investments, LLC** | 20-5526812 | **19 North Tejon street, Suite 5 Colorado Springs, CO 80903** | **Manager Property sold; custom lots** | **09/08/06 - current** |
| **North County II, LLC** | 20-5665040 | **6385 Corporate Drive Suite 200 Colorado Springs, CO 80919** | **Manager** | **10/05/06 - current** |
| **North County Land, LLC** | 20-2752837 | **19 North Tejon Street, Suite 5 Colorado Springs, CO 80903** | **Ownership in Mt. Vernon Estates (Promontory Pointe) and Venetucci Manager Property Sold** | **04/18/05 - current** |
| **OBAN, LLLP** | 72-1555850 | **19 North Tejon street, Suite 105 Colorado Springs, CO 80903** | **Holding company, owns several other entities 1% General partner 49.5% Limited Partner** | **03/04/03 - current** |
| **Pinnacle Reinvestment Group, LLC** | 20-5769720 | **6385 Corporate Drive Suite 200 Colorado Springs, CO 80919** | **Manager** | **10/25/06 - 04/01/10** |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Powers Commercial Group, LLC | 26-1890611 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Manager Property transferred to lender | 02/04/08 - current |
| Powers Crossing, LLC | 26-3026766 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Manager Property transferred to lender | 07/18/08 - 01/01/10 |
| Powers Promenade I, LLC | 26-1890704 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Manager Property transferred to lender | 02/04/08 - 08-01/10 |
| Powers Promenade II, LLC | 26-3027056 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Manager Property transferred to lender | 07/18/08 - 01/01/10 |
| RL Marshall Investments, LLC | 84-1522960 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | 99% Interest Liquidated | 12/02/99 - current |
| Ray Ray, LLC | 26-0649679 | 4015 South Club Drive Colorado Springs, CO 80906 | Manager Mining Exchange transfer | 04/23/07 - 02/28/14 |
| Shoppes at Bear Creek Plaza, LLC | 26-2202738 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Ownership of 8th and 24 Property Manager Transferred/Sold | 03/18/08 - 09/01/10 |
| Tavernier Investments, LLC | 20-0571147 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Ownership in 1800 Travis (801 St. Joseph) 90% Membership Property Transferred | 07/22/03 |
| The Fountain Colony Investment Company | 84-1522183 | 2435 Veneto Way Colorado Springs, CO 80921 | 97.54% Ownership/Membership Liquidated | 06/09/99 |
| The Marshall Foundation | 20-3904890 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Recieves money and donates to other 501(c)(3)s | 10/13/05 |
| Tri-Land Co., LLC | 84-1511633 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | 99% Ownership/Membership Property Liquidated | 08/02/99 |
| Venetucci Partners Fund I, LLC | 26-0464058 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Owns land development Manager Transferred to lender | 01/22/07 - current |
| The Ridge at Broadmoor View, LLC | 20-8424903 | 19 North Tejon Street, Suite 105 Colorado Springs, CO 80903 | Owns Land Manager Transferred to lender | 02/09/07 - 09/01/12 |

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Duke Enterprises, LLLP | | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | Limited Partner 18% ownership in Candle 3, LLC | 2008-Current |
| Monument 21 | 20-5526749 | 6385 Corporate Drive Suite 200 Colorado Springs, CO 80919 | owned lots sold | |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

## Many of the entities were SARE, however, No properties remain

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None   ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Charles F. Roland & Associates, CPA 5540 North Academy Boulevard Colorado Springs, CO 80918** | **2014-2015** |
| **BKD 111 S. Tejon Street, Suite 800 Colorado Springs, CO 80903-2286** | **2003-2009** |
| **Biggs Kofford 630 Southpoint Court Suite 200 Colorado Springs, CO 80906** | **Tax Returns 2010-2013** |

None   ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None   ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Raymond L Marshall** | **2435 Veneto Way Colorado Springs, CO 80921** |
| **Charles F. Roland & Associates, CPA** | **5540 North Academy Boulevard Colorado Springs, CO 80918** |

B7 (Official Form 7) (04/13)

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Citizens Bank** | **2014-2015** |

---

**20. Inventories**

| None ☐ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
|---|---|

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **1/29/2015** | | |

| None ☐ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
|---|---|

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **1/29/2015** | **Dickensheet & Associates** <br> **1501 West Wesley Avenu** <br> **Denver, CO 80223** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|---|---|

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

| | **24. Tax Consolidation Group.** |
|---|---|
| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case. |

NAME OF PARENT CORPORATION                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

| | **25. Pension Funds.** |
|---|---|
| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case. |

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 20, 2015**                    Signature  _R. J. _____

Raymond L Marshall
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Colorado

In re    **Raymond L Marshall**             ,    Case No. _____

                      Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 265,422.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 2,900,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 9,740.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,020.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 265,422.50 | | |
| Total Liabilities | | | | 3,900,000.00 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### District of Colorado

In re   **Raymond L Marshall**
_____,
                          Debtor

Case No._____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Raymond L Marshall**                              ,      Case No. _____

                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re **Raymond L Marshall**                                    , Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | See Schedule B(4) Value is Debtor's half | J | 6,975.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See Schedule B(4) | J | 6,975.00 |
| 6.  Wearing apparel. | | Clothing | - | 1,000.00 |
| 7.  Furs and jewelry. | | Watch Ring | - | 220.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total >   (Total of this page) | 15,170.00 |
|---|---|---|---|

 **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Raymond L Marshall**                         ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 80% Economic Membership Interest in LandCo, LLC | - | Unknown |
| | | 80% Interest in LandCo Management, LLC | - | Unknown |
| | | 100% Interest in Kiowa Lofts, LLC | - | Unknown |
| | | 100% Interest in LandCo Services, Inc. 1,000 of 50,000 outstanding shares | - | Unknown |
| | | 99% Interest in RL Marshall Investments, LLC | - | Unknown |
| | | 90% Interest in Tavernier Investments, LLC | - | Unknown |
| | | 97.54% Interest in The Fountain Colony Investment Company | - | Unknown |
| | | 99% Interest in Tri-Land Co., LLC | - | Unknown |
| | | 100% Interest in BCP Management X, LLC | - | Unknown |
| | | 80% Interest in LandCo Equity Partners, LLC | - | Unknown |
| | | 80% Interest in LandCo Equity, LLC | - | Unknown |
| | | 100% Interest in LEP Holdings, LLC | - | Unknown |
| | | Interest in The Marshall Foundation 501(c)(3) | - | Unknown |
| | | 19% interest in Duke Enterprises, LLLP | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | 49.5% Limited Partnership Interest in OBAN LLLP | - | Unknown |
| | | 1% General Partnership Interest in Oban LLLP | J | Unknown |
| | | General Partnership Interest in Marshall Family Enterprises, LLLP | - | Unknown |
| | | | Sub-Total > (Total of this page) | 0.00 |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Raymond L Marshall**                                                    Case No. _____
                                                                ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **General Partnership Interest in Marshall Family Investments, LLLP** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >         0.00
(Total of this page)

Sheet __2__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Raymond L Marshall**
_____,   Case No. _____
                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Schedule B(4)** | - | 252.50 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Deposit in Bankruptcy Court Registry in Nebraska** | - | 250,000.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 250,252.50 |
| Total > | 265,422.50 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Marshall Personal Property**

## ASSET DETAILS AND PHOTOS:

**Project Details**
Project Name: Marshall
Effective Date: January 29, 2015

## Asset Details:

| QUANTITY | ITEM DESCRIPTION | VALUE |
|---|---|---|
| | **KITCHEN** | |
| 1 | LUNDQUIST AP 2/100 LANDSCAPE SCENERY PAINTING IN BLUE, GREEN AND TAN TONES AND (1) SCOTT WOHLMAN SIGNED 2012 NATURE THEME HORIZONTAL ART IN GREEN AND BROWN TONES | $        160.00 |
| 1 | APPROXIMATELY 6' PLANK STYLE DINING TABLE, SOME COSMETIC DETERIORATION TO TOP WITH (2) BROWN LEATHER HIGHBACK WITH WOOD DISTRESSED FRAME, KNOB NAIL ACCENTS HOST DINING CHAIRS AND (4) MATCHING GUEST CHAIRS | $        440.00 |
| 1 | WOOD CIRCULAR LAZY SUSAN WITH GLASS DECORATIVE BOWL | $          20.00 |
| 3 | MATSUYANA 7/100, 9/100 29/120 SCENIC FRAMED OIL PAINTINGS, SIGNED, MAINLY IN GREEN AND BLUE TONES | $        270.00 |
| 2 | BROWN LEATHER SEAT WITH METAL FRAME MIDBACK ARM BAR HEIGHT STOOLS | $        100.00 |
| 1 | HARMAN KARDON CIRCULAR SPEAKER | $          40.00 |
| 1 | LOT OF BRASS TONE DECORATIVE POTS, DECORATIVE ITEMS IN ROOM, EMPTY WINE BOTTLES, HOCKEY THEMES WINE ON BUILT IN CABINETRY | $        130.00 |
| 1 | JURA IMPRESSA F8 ESPRESSO MACHINE, CAPRESSO | $        450.00 |
| 1 | CUTLERY SET, PAPER TOWEL DISPENSER, KITCHEN DAILY WARE, CUTTING BOARDS, POTS, PANS | $        140.00 |
| 1 | CUISINART FOUR CUP FOOD PROCESSOR | $        120.00 |
| 1 | DELONGHI STAINLESS STEEL FOUR SLICE TOASTER, SMALL APPLIANCES | $        120.00 |
| | **BACK AND FRONT PATIO** | |
| 2 | IRON FRAME WITH BROWN PATTERNED ROCKERS WITH (4) MATCHING ARM CHAIRS AND LOUNGER | $        240.00 |
| 1 | WOOD WITH IRON BASE PATIO COFFEE STYLE TABLE, MATCHING END TABLES | $          45.00 |
| 1 | CHARBROIL TRU INFRARED STAINLESS STEEL BARBEQUE WITH COVER | $          90.00 |
| 2 | DECORATIVE PLANTERS | $          15.00 |
| | **FAMILY ROOM** | |
| 1 | LOT OF DECORATIVE CANDLES, CANDLE STICKS BY FIREPLACE | $          20.00 |
| 1 | JOHN L MENDOZA 1974 GRAY FRAME, WHITE MAT SCENIC ART | $          70.00 |
| 1 | LG WIDE SCREEN WALLMOUNT FLAT PANEL TELEVISION WITH REMOTE | $        210.00 |
| 1 | H. RAYMOND ARTIST PROOF FRAMED IN BLUE, BROWN AND GREEN TONES | $        130.00 |
| 1 | WOOD DECORATIVE CHEST | $          80.00 |
| 1 | BROWN SHADE, BROWN SPECKLE BASE FLOOR LAMP WITH MATCHING TABLE LAMP | $          55.00 |

**EXHIBIT B(4)**

## Marshall Personal Property

| | | | |
|---|---|---|---|
| 2 | DECORO RED TWO CUSHION LEATHER SOFA, COSMETIC DETERIORATION WITH PILLOWS | $ | 200.00 |
| 1 | WOOD PLANK STYLE DISTRESSED END TABLE WITH MATCHING FOUR DRAWER COFFEE TABLE AND SIX DRAWER CABINET (COSMETIC SCRATCHES) | $ | 120.00 |
| 2 | RED, PURPLE, GREEN WESLEY HALL PATTERNED CHAIRS (STITCHING DETERIORATION), PILLOWS AND MATCHING OTTOMAN | $ | 100.00 |
| 1 | BLACK FRINGE SHADE WITH METAL FRAME TABLE LAMPS | $ | 12.50 |
| 1 | TAN TONE FLORAL FRINGE AREA RUG | $ | 80.00 |
| 1 | WOOD BASE APPROXIMATELY 6' WALL TABLE, COPPER TONE TOP | $ | 75.00 |
| 1 | WOOD FRAME PICTURE FRAME ONLY, REMAINING DECORATIVE ITEMS | $ | 40.00 |
| | **DINING ROOM** | | |
| 1 | LOT OF PICTURE FRAMES, DECORATIVE ITEMS ON CABINET WITH BLACK AND WHITE CHECKERED HARDWARE | $ | 40.00 |
| 1 | APPROXIMATELY 6' WOOD TEXTURED PATTERN TOP NARROW DINING TABLE WITH (4) BROWN LEATHER AND WOOD FRAME HIGHBACK DISTRESSED GUEST CHAIRS, KNOB NAIL ACCENTS | $ | 320.00 |
| 1 | REINDEER THEME CANDLE STICK HOLDER, (3) FREE STANDING IRON BASE DECORATIVE VASES | $ | 22.50 |
| 1 | "EIFFEL TOWER" BY MOON, BRONZE TONE FRAME, SIGNED, IN BLUE, RED, YELLOW AND GREEN TONES | $ | 240.00 |
| 1 | MATCHING APPROXIMATELY 6 1/2' TWO DOOR, GLASS SHELVES CASE WITH BLACK AND WHITE CHECKERED HARDWARE, WOOD DISTRESSED APPROXIMATELY 8' FOUR DRAWER CABINET WITH BLACK AND WHITE CHECKERED HARDWARE | $ | 325.00 |
| 1 | LOT OF CANDLES, WATERFORD AND NANBE GLASSWARE, DECORATIVE ITEMS IN ROOM | $ | 175.00 |
| 1 | DISTRESSED WOOD FOUR DRAWER CABINET, DIAMOND PATTERN ON DOORS | $ | 200.00 |
| 1 | DANSK FLATWARE, SERVING PIECES, FITZ AND FLOYD INC "RENAISSANCE" CHINA, FORMAL DINING WARE IN CABINET | $ | 325.00 |
| 1 | WARING STAINLESS WINE OPENER, WINE GLASSES, BAR WARE | $ | 95.00 |
| 1 | NINJA 1000 WATT BLENDER | $ | 65.00 |
| 1 | TWO STEP FOLDING LADDER | $ | 7.50 |
| | **RESTROOM** | | |
| 1 | 1993 "IN THE BEGINNING" SIGNED WITH BLACK FRAME, WHITE MAT, GOLF THEME ART, COLOR PHOTOGRAPH OF BEAR IN TREE, WOOD FRAME DECORATIVE ITEMS IN ROOM | $ | 150.00 |
| | **CLOSET** | | |
| 1 | ROYAL CROCKPOT, FONDUE SET, MATTERHORN GRILLE, SWISSMAT GRILL, LINENS | $ | 55.00 |
| | **OFFICE** | | |
| 1 | WOOD TWO DRAWER DESK | $ | 125.00 |
| 2 | BROWN DECORATIVE SHADES WITH BROWN BASE TABLE LAMPS | $ | 25.00 |
| 1 | LAMINATE THREE SHELF ORGANIZER | $ | 5.00 |

## Marshall Personal Property

| | | | |
|---|---|---|---|
| 1 | HOWARD MILLER DECORATIVE CLOCK, PICTURE FRAMES, TABLE LAMP ON ORGANIZER | $ | 90.00 |
| 1 | 1984 ORCA TRIO SIGNED KARIN & GEORGE BY WYLAND, BLACK FRAME ALONG WITH SUMNER WOOD FRAME, CUSTOM MAT IN BLUE, PEACH TONES, (1) BLACK & WHITE PHOTOGRAPH-MOUNTAIN SCENE WITH BLACK FRAME AND A DARJEELING SIGNED WOOD FRAME TAN MAT ART OF YOUNG SOLDIER | $ | 140.00 |
| 1 | SHARK ROCKET VACUUM | $ | 45.00 |
| 1 | BEATS BY DR DRE ON EAR HEADPHONES, SYSTEM | $ | 80.00 |
| 1 | WIRELESS SAMSUNG PS-WF450 SUBWOOFER WITH CENTER SPEAKER | $ | 55.00 |
| 1 | DELL CORE i3 LAPTOP (HARDWARE ONLY), PJ8GD MODEL, KEYBOARD AND MOUSE | $ | 90.00 |
| 1 | WICKER DECORATIVE ORGANIZER, PAPER SHREDDER | $ | 30.00 |
| 1 | HEWLETT PACKARD OFFICE JET 6310 ALL IN ONE COPY, FAX, PHOTO SCANNER | $ | 40.00 |
| 1 | DECORATIVE TRUNK | $ | 80.00 |
| 1 | WOOD FRAME CIRCULAR MIRROR | $ | 5.00 |
| 1 | WHITE FRAME RECTANGULAR MIRROR | $ | 5.00 |
| 1 | WHITE PLASTIC WORKTABLE | $ | 2.50 |
| | **HALLWAY** | | |
| 1 | APPROXIMATELY 6' WOOD WITH IRON COAT TREE | $ | 20.00 |
| 1 | FREDERIC REMINGTON BRONCO BILLY STATUE, CANDLE STICKS, DECORATIVE ITEMS IN AREA | $ | 250.00 |
| 1 | JOHN MENDOZA WOOD FRAME 1974, WHITE MAT ART IN BROWN TONES | $ | 75.00 |
| 1 | CAFÉ DE LA TOUR CHALK BOARD, BEAR THEME CIRCULAR CLOCK, DOG THEME HOME ALONE DECORATIVE MIRROR | $ | 45.00 |
| | **MASTER BEDROOM** | | |
| 1 | DECORATIVE ITEMS, LINENS IN MASTER BATHROOM | $ | 20.00 |
| 1 | L'INSTANT TAITTINGER APPROXIMATELY 5' IN GOLD, BLACK TONES AND ONE VINA COUSINO MAGUL ART APPROXIMATELY 4' | $ | 90.00 |
| 1 | THREE DRAWER ORGANIZER, COUNTERTOP MIRROR | $ | 15.00 |
| 1 | MASTER BEDROOM WOOD HEAD BOARD, FOOT BOARD, FRAME, BOX SPRING, MATRESS, LINENS, (2) TWO DRAWER DISTRESSED NIGHT STANDS, SIX DRAWER TWO DOOR DRESSER, ONE DRAWER WITH BROKEN HARDWARE, BEVELED MIRROR (SOME COSMETIC DAMAGE THROUGHOUT) | $ | 550.00 |
| 1 | WOOD FOUR DRAWER CHEST WITH BROWN HARDWARE | $ | 70.00 |
| 1 | APPROXIMATELY 6' LEATHER FRAME DRESSING MIRROR | $ | 70.00 |
| 1 | BROWN LEATHER WITH BROWN UPHOLSTERED SOFA, OTTOMAN AND PILLOWS | $ | 70.00 |
| 1 | LEAF THEME DISTRESSED WOOD CHEST | $ | 20.00 |
| 1 | BRASS TONE BACK WITH LEAF PATTERN TABLE LAMP | $ | 35.00 |
| 6 | PALM TREE THEME DECORATIVE ART | $ | 60.00 |
| | **GARAGE** | | |
| 1 | LOT OF SKI'S AND SNOW BOARDS, SKI POLES AND SKI EQUIPMENT | $ | 100.00 |
| 1 | THULE ROOF MOUNT EVOLUTION 1800 STORAGE CONTAINER | $ | 110.00 |
| 1 | CLEVELAND HIBORE GOLF CLUB SET WITH BAG | $ | 80.00 |
| 1 | CHROME 6' WIRE RACK, SIX SHELF | $ | 35.00 |

## Marshall Personal Property

| | | | |
|---|---|---|---|
| 4 | BLACK 6' WIRE RACKS, FOUR OR FIVE SHELVES | $ | 140.00 |
| 1 | WHIRLPOOL BLACK REFRIGERATOR/FREEZER WITH WATER FEATURE | $ | 50.00 |
| 1 | CRAFTSMAN 90 PIECE SOCKET SET | $ | 40.00 |
| 1 | LOT OF MISCELLANEOUS TOOLS ON RACK | $ | 55.00 |
| 1 | SELECT EDITION GOLF CLUB SET WITH BAG | $ | 60.00 |
| 1 | BRONZE TONE CHANDELIER | $ | 45.00 |
| 1 | 6' OVAL DINING TABLE | $ | 60.00 |
| 1 | ORNATE WOOD FRAME CHAIR WITH GREEN CUSHION | $ | 85.00 |
| 1 | BLUE PULL BEHIND IGLOO | $ | 5.00 |
| 1 | METAL PATIO RECLINER | $ | 65.00 |
| 1 | LOT OF MISCELLANEOUS WHITE PLASTIC RACKS | $ | 10.00 |
| 1 | 7' METAL PROPANE PATIO HEATER | $ | 110.00 |
| 1 | LOT OF SNOW SHOVELS | $ | 5.00 |
| 1 | WERNER 8' STEP LADDER | $ | 30.00 |
| 1 | BLACK AND DECKER WEED EATER | $ | 10.00 |
| 1 | LOT OF HOLIDAY DÉCOR | $ | 10.00 |
| 2 | MOUNTAIN BIKES- ENDURO SPECIALIZED (BLUE) AND AN ENDURO SPECIALIZED XC (RED) | $ | 1,600.00 |
| | **LAUNDRY ROOM** | | |
| 1 | CHROME 6' WIRE RACK | $ | 45.00 |
| | **DOWNSTAIRS STORAGE ROOM** | | |
| 1 | 4' BLACK WINE RACK | $ | 30.00 |
| 1 | 3' SANTA DÉCOR | $ | 10.00 |
| 1 | LARGE LOT OF BOXES AND TUBS CONSISTING OF HOLIDAY DÉCOR, VILLAGE HOMES/STATUES | $ | 200.00 |
| | **DOWNSTAIRS HALLWAY** | | |
| 1 | WOOD FRAMED CANVAS ART OF MOUNTAIN WATERFALL | $ | 80.00 |
| 1 | "WHALE TAIL" DRAWING FRAMED 342-750 BY WYLAND 1990 | $ | 200.00 |
| | **DOWNSTAIRS BATHROOM** | | |
| 1 | "TSUNAMI" FRAMED PRINT 10/4/1994 BY LILIA DE MILLER | $ | 50.00 |
| 1 | "SUNRISE AND POWDER II" BY DAVID BROWNSTEAD 1988 FRAMED PRINT | $ | 50.00 |
| | **DOWNSTAIRS MAIN ROOM** | | |
| 1 | FRAMED FRENCH MOTORCROSS POSTER | $ | 30.00 |
| 1 | SPORT CRAFT FOOSBALL TABLE | $ | 85.00 |
| 1 | LOT OF FIVE FRAMED PRINTS, ART IN CORNER | $ | 40.00 |
| 1 | 6.5' DISTRESSED TWO DRAWER WOOD CABINET | $ | 200.00 |
| 1 | VINTAGE SKI DÉCOR ON WALL | $ | 30.00 |
| 1 | SMALL WINE RACK ON COOLER | $ | 5.00 |
| 1 | PATRICK ROY AVALANCHE FRAMED PUCK AND PRINT, PUCK IS SIGNED | $ | 75.00 |
| 1 | FRAMED CLAUDE LEMIEUX BRUINS SIGNED JERSEY, NO CERTIFICATE OF AUTHENTICITY | $ | 100.00 |

## Marshall Personal Property

| | | | |
|---|---|---|---|
| 1 | 6' WOOD DINING TABLE WITH MATCHING SIX HIGHBACK DINING CHAIRS WITH BRANCH THEME, DIAMOND UPHOLSTERED BACK, BROWN LEATHER SEATS | $ | 240.00 |
| 1 | GLASS TOP CIRCULAR SIDE TABLE WITH METAL FRAME | $ | 25.00 |
| 1 | LEXMARK E320 LASER PRINTER | $ | 15.00 |
| 2 | VINTAGE OIL LAMPS | $ | 20.00 |
| 1 | ORNATE FOUR DRAWER WOOD DRESSER | $ | 90.00 |
| 1 | JEETER HANG UPS INVERSION CHAIR | $ | 55.00 |
| 1 | PLAYSTATION 3 SYSTEM WITH ROCK BAND AND DANCE PADS | $ | 150.00 |
| 1 | SET OF KLIPSCH FOUR SPEAKERS, ONE MONITOR, ONE SUBWOOFER-KSW12 MODEL | $ | 375.00 |
| 1 | SONY DVD-NS61H DVD PLAYER | $ | 25.00 |
| 1 | YAMAHA RX-V663 AV RECEIVER | $ | 125.00 |
| 1 | WOOD NINE SIDED ORNATE TOP SIDE TABLE | $ | 35.00 |
| 1 | BROWN LEATHER WING BACK OVERSTUFFED CHAIR | $ | 60.00 |
| 1 | STONE TOP METAL BASE SIDE TABLE WITH CIRCULAR 3' DIAMETER TOP | $ | 50.00 |
| 1 | CLOTH SOFA-BROWN, RED, BLACK PATTERN FABRIC, THREE CUSHION | $ | 60.00 |
| 1 | 5'x5' WOOD COFFEE TABLE WITH GLASS TOP | $ | 80.00 |
| 1 | OVERSTUFFED BROWN LEATHER CHAIR, DISTRESSED WOOD WITH OTTOMAN | $ | 60.00 |
| 1 | BENCH WOOD FRAME BROWN LEATHER CUSHION | $ | 45.00 |
| 1 | SAMSUNG FLAT PANEL WALL MOUNT TELEVISION, REMOTE | $ | 110.00 |
| 1 | APPROXIMATELY 12'x9' AREA RUG, PERSIAN STYLE, FRINGE, FLORAL PATTERN | $ | 75.00 |
| 1 | LIGHTED DÉCOR 6' PINE TREE | $ | 15.00 |
| 1 | 6' INDIAN TOTEM WOOD STATUE | $ | 50.00 |
| 1 | 4' WOOD WALL TABLE | $ | 55.00 |
| 1 | SIGNED "GREAT NUMBER NINES" HOCKEY STARS PHOTO, 689/999 WITH NO CERTIFICATE OF AUTHENTICITY | $ | 40.00 |
| 1 | LOT OF MISCELLANEOUS CANDLES | $ | 5.00 |
| 1 | BOBBY ORR BOSTON BRUINS 1970 STANLEY CUP CHAMPIONS LIMITED EDITION SIGNED JERSEY-FRAMED, 15/149 WITH NO CERTIFICATE OF AUTHENTICITY | $ | 250.00 |
| 1 | FRAMED HOCKEY STICK, 90/91, LA KINGS, SIGNED BY TEAM WITH NO CERTIFICATE OF AUTHENTICITY | $ | 80.00 |
| 1 | 6' FLOOR LAMP WITH BROWN SHADE AND METAL BASE | $ | 25.00 |
| | **TOTAL APPRAISED AUCTION/LIQUIDATION VALUE ON PERSONAL PROPERTY** | **$** | **13,950.00** |
| | **VEHICLES** | | |
| ~~1~~ 1 | ~~2008 TOYOTA SEQUOIA PLATINUM VIN:5TDBY67A68S007711, ODOMETER APPROXIMATELY 121,000, TWO TONE INTERIOR, SINGLE OWNER, RUNS GOOD,~~ SUNROOF, ROOF RACK, LEATHER INTERIOR, POWER WINDOWS, POWER SEATS, POWER DOOR LOCKS, DVD, TOUCH SCREEN STEREO, CRUISE CONTROL, GOOD CONDITION, TOW PACKAGE, FOUR WHEEL DRIVE, 5.7L, FOUR DOOR, V8, IFORCE | $ | 20,250.00 |

**\*THESE VEHICLES ARE
OWNED BY DEBTOR'S WIFE
AND ARE SUBJECT TO LIENS**

Dickensheet & Associates, Inc.



**Marshall Personal Property**

| | | | |
|---|---|---|---|
| ✳ 1 | 2011 MINI COOPER COUNTRYMAN S VIN:WMWZC5C5XBWL55337, ODOMETER: APPROXIMATELY 60K MILES, SINGLE OWNER, RUNS GOOD, SUNROOF, CLOTH INTERIOR, POWER WINDOWS, POWER SEATS, POWER DOOR LOCKS, CRUISE CONTROL, GOOD CONDITION, FOUR DOOR, RED AND BLACK IN COLOR, TWO TONE INTERIOR | $ | 15,400.00 |
| | **TOTAL APPRAISED AUCTION/LIQUIDATION VALUE ON VEHICLES** | $ | 36,650.00 |
| | **JEWELRY** | | |
| 1 | SUUNTO BLACK DIGITAL MENS WATCH AND (4) MENS YELLOW GOLD WEDDING BAND, 14K | $ | 220.00 |
| | **TOTAL APPRAISED AUCTION/LIQUIDATION VALUE ON MR. MARSHALL'S JEWELRY** | $ | 220.00 |
| | **ASSETS LOCATED IN STORAGE AT NORTH GATE SELF STORAGE, UNIT A118, 719 COPPER CENTER PARKWAY, COLORADO SPRINGS, CO 80901 (THESE ITEMS NOT VISUALLY INSPECTED)** | | |
| 4 | "L" SHAPED LAMINATE DESKS | $ | 160.00 |
| 2 | LAMINATE WORK TABLES | $ | 30.00 |
| 5 | STEEL FILE CABINETS | $ | 62.50 |
| | **TOTAL APPRAISED AUCTION/LIQUIDATION VALUE** | $ | 252.50 |

## Photos:



B6C (Official Form 6C) (4/13)

In re   **Raymond L Marshall**_____,   Case No._____
                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings**<br>**See Schedule B(4)**<br>**Value is Debtor's half** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | 3,000.00 | 6,975.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**See Schedule B(4)** | **Colo. Rev. Stat. § 13-54-102(1)(c)** | Unknown | 6,975.00 |
| **Wearing Apparel**<br>**Clothing** | **Colo. Rev. Stat. § 13-54-102(1)(a)** | 1,000.00 | 1,000.00 |
| **Furs and Jewelry**<br>**Watch**<br>**Ring** | **Colo. Rev. Stat. § 13-54-102(1)(b)** | 220.00 | 220.00 |
| **Office Equipment, Furnishings and Supplies**<br>**See Schedule B(4)** | **Colo. Rev. Stat. § 13-54-102(1)(i)** | 252.50 | 252.50 |
| | Total: | 4,472.50 | 15,422.50 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __**Raymond L Marshall**_____,     Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | $250,000 approximately in Court Registry Court Registry U.S. Bankruptcy Court, Nebraska 13-42143 | | | | | |
| **First Citizens Bank c/o Brian P. Gaffney, Esq. Snell & Wilmer, LLP 1200 17th Street, Suite 1900 Denver, CO 80202** | - | | | | | X | | X | | |
| | | | | | Value $           250,000.00 | | | | 1,000,000.00 | 750,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,000,000.00 | 750,000.00 |
| Total (Report on Summary of Schedules) | 1,000,000.00 | 750,000.00 |

B6E (Official Form 6E) (4/13)

In re    **Raymond L Marshall**                                                                      Case No. _____
                                                                        ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2** ____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Raymond L Marshall**                                                          Case No. _____
                                                      ,
                                           Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261** | - | | **Notice Purposes Only** | | | | <br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street, 7th Floor**<br>**Denver, CO 80203** | | | **Additional Contact**<br>**Colorado Department of Revenue** | | | | **Notice Only** | |
| Account No.<br><br>**State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | | | **Additional Contact**<br>**Colorado Department of Revenue** | | | | **Notice Only** | |
| Account No.<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **Notice Purposes Only** | | | | <br><br>0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | | | **Additional Contact**<br>**Internal Revenue Service** | | | | **Notice Only** | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | 0.00 |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Raymond L Marshall_____,          Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| **Office of the Attorney General US Department of Justice 950 Pennsylvania Avenue, NW Suite 4400 Washington, DC 20530-0001** | | | | **Additional Contact Internal Revenue Service** | | | | **Notice Only** | |
| Account No. | | | | | | | | | |
| **Office of the US Attorney District of Colorado 1225 Seventeenth Street, Suite 700 Denver, CO 80202-5598** | | | | **Additional Contact Internal Revenue Service** | | | | **Notice Only** | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Raymond L Marshall**                                     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**Attn: Bankruptcy Dept**<br>**475 Cross Point Pkwy**<br>**P.O. Box 900**<br>**Getzville, NY 14068-9000** | - | | **2000**<br>**Real Estate Loan** | | | | **Unknown** |
| Account No.<br><br>**BVR, LLC**<br>**c/o Alpern Myers Stewart, LLC**<br>**14 North Sierra Madre Street**<br>**Colorado Springs, CO 80903** | | | **2007**<br>**Seller carryback loan** | | | X | **1,000,000.00** |
| Account No.<br><br>**Chase Bank**<br>**National Bank By Mail**<br>**P O Box 36520**<br>**Louisville, KY 40233-6520** | - | | **Home Loan** | | | | **Unknown** |
| Account No.<br><br>**Colorado National Bank**<br>**600 West 8th Street**<br>**P.O. Box 10**<br>**Palisade, CO 81526** | - | | **2005**<br>**Land Loan** | | | | **0.00** |
|   | | | Subtotal<br>(Total of this page) | | | | **1,000,000.00** |

  _3_  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond L Marshall**                     ,      Case No._____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **Columbia Bank** P.O. Box 2156 Tacoma, WA 98401 | - | | | | | | 2005 Land Loan | | | | 0.00 |
| Account No. **First Citizens Bank** 239 Fayetteville Street Raleigh, NC 27601 | - | | | | | | Land Loan/Judgment | | | X | 1,000,000.00 |
| Account No. **Brian P. Gaffney, Esq.** Snell & Wilmer, LLP 1200 17th Street, Suite 1900 Denver, CO 80202-5854 | | | | | | | Additional Contact First Citizens Bank | | | | Notice Only |
| Account No. **First Community Bank** P.O. Box 984 Bluefield, VA 24605 | - | | | | | | 2004 Real Estate Loan | | | | 0.00 |
| Account No. **Gary E. Walters/Kathleen D. Walters** VCW Investments, LLC c/o James Helfrich/Jordan Factor 1600 Stout Street, Suite 1100 Denver, CO 80202 | | | | | | | Claim in litigation 2009CV5551 El Paso County, Colorado | X | X | | Unknown |

Sheet no.  _1_  of  _3_  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,000,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raymond L Marshall**                                          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Haddon, Morgan and Foreman, P.C. <br> 150 E. 10th Avenue <br> Denver, CO 80203 | - | | Legal Fees | | | | 5,000.00 |
| Account No. <br><br> Hogan Lovells <br> 2 North Cascade Avenue <br> Colorado Springs, CO 80903 | - | | 2008 <br> Real Estate Loan | | | | Unknown |
| Account No. <br><br> ING USA Annuity <br> DBA Voya Financial <br> 230 Park Avenue <br> New York, NY 10169 | - | | 2006 <br> Land Loan/Guaranty | X | | | 0.00 |
| Account No. <br><br> ING USA Annuity <br> DBA Voya Financial <br> 5780 Powers Ferry Road, NW <br> Suite 300 <br> Atlanta, GA 30327-4349 | | | Additional Contact <br> ING USA Annuity | | | | Notice Only |
| Account No. <br><br> JBS Enterprises, LLLP <br> 6385 Corporate Drive <br> Suite 200 <br> Colorado Springs, CO 80919 | - | | 2010 <br> Loan | | | | 850,000.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  855,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raymond L Marshall**                           Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br>**JP Morgan Chase Bank, N.A.**<br>**270 Park Avenue**<br>**New York, NY 10017** | - | | **2005**<br>**Loan** | | | | **Unknown** |
| **Account No.** <br><br>**Peoples Bank**<br>**5175 Academy Blvd.**<br>**Colorado Springs, CO 80919** | - | | **Judgment** | | | | **45,000.00** |
| **Account No.** | | | | | | | |
| **Account No.** | | | | | | | |
| **Account No.** | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **45,000.00** |
| Total<br>(Report on Summary of Schedules) | | **2,900,000.00** |

B6G (Official Form 6G) (12/07)

In re   **Raymond L Marshall**                                          Case No. _____
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Classic Homes**<br>**6385 Corporate Drive**<br>**Suite 200**<br>**Colorado Springs, CO 80919** | **Lease of Residence** |

**0**      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re __**Raymond L Marshall**_____,     Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Certain Entities and individuals may be obligated on one or more of the claims in this case** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1 __**Raymond L Marshall**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number _____
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Self | Part Time |
| Employer's name | | | Starbucks |
| Employer's address | | 6385 Corporate Drive<br>Suite 200<br>Colorado Springs, CO 80919 | Monument, CO |
| How long employed there? | | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1,120.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 1,120.00 |

Debtor 1   **Raymond L Marshall**                                    Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 1,120.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 235.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.

| | 6. | $ 0.00 | $ 235.00 |
|---|---|---|---|

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.

| | 7. | $ 0.00 | $ 885.00 |
|---|---|---|---|

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 2,375.00 | $ 6,480.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.

| | 9. | $ 2,375.00 | $ 6,480.00 |
|---|---|---|---|

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| | 10. | $ 2,375.00 | + | $ 7,365.00 | = | $ 9,740.00 |
|---|---|---|---|---|---|---|

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____

| | 11. | +$ 0.00 |
|---|---|---|

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | 12. | $ 9,740.00 |
|---|---|---|

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: | Debtor and spouse also receive distributions from Duke Enterprises that vary in amount. |

Fill in this information to identify your case:

Debtor 1    **Raymond L Marshall**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter
13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor
2 maintains a separate household

# Official Form B 6J
# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and    ■ Yes. Fill out this information for
   Debtor 2.                each dependent..............

   Do not state the
   dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **20** | ■ No ☐ Yes |
| **Son** | **22** | ■ No ☐ Yes |
| **Wife** | **51** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,450.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 60.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 700.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Raymond L Marshall** _____     Case number (if known) _____

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 100.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 60.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 300.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 150.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 150.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** _Schedule I, Your Income_ (Official Form 6I). | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 1,200.00 |
| | Specify:   **Support for Daughter - Variable** | | 19. | |
| | **Support for Son - Variable** | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** _Schedule I: Your Income._ | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22.   $ | 6,020.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 9,740.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 6,020.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | 3,720.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Colorado

In re  Raymond L Marshall _____  Case No. _____

_____ Chapter  7 _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  February 20, 2015 _____     Signature  _R. J. _____
Raymond L Marshall
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy